

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00441-CV

| | | |
|---|---|---|
| Charles Noteboom, Judith Noteboom, and Lindsey Noteboom | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2007-058776-1) |
| v. | | |
| | § | July 11, 2013 |
| Farmers Texas County Mutual Insurance Company | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render judgment in favor of appellants Charles Noteboom, Judith Noteboom, and Lindsey Noteboom in the amount of $8,000— the stipulated amount of post-repair, diminished-value damages.

It is further ordered that appellee Farmers Texas County Mutual Insurance Company shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice Lee Gabriel